Moss ESTATE, INC., on Behalf of Itself and Other Tax-payers, Appellant, *v.* TOWN OF OSSINING, Respondent.

(Submitted March 11, 1935; decided March 19, 1935.)

*Hubert E. Rogers* and *Ralph W. Crolly* for motion.

*William A. Davidson* and *Herbert C. Gerlach* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements for the reason an appeal may be taken as of right, upon which all questions may be considered.

IVAN V. KLOCHKOV, Appellant, *v.* PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK, Respondent.

(Submitted March 11, 1935; decided March 19, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 596.)